FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT PHILIP CLARK,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Civil Action No. 05-491 |
| NANCY VERNON, et al.,<br>    Defendants. | )<br>)<br>) |

## ORDER

AND NOW, this 21st day of December, 2005, after the plaintiff, Brett Philip Clark, filed an action in the above-captioned case, and after a motion to dismiss was submitted by defendants Nancy Vernon, Jeffrey Whiteko, Robert Eugene Grimm and Jack Flowers, after a motion to dismiss was submitted by defendant Dianne H. Zerega, and after a motion to dismiss was submitted by defendant Nicholas Timperio, Jr., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 60), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss submitted on behalf of defendants Nancy Vernon, Robert Eugene Grimm, Jeffrey Whiteko and Jack Flowers (Docket No. 27) is granted.

IT IS FURTHER ORDERED that the motion to dismiss submitted on behalf of defendant Dianne H. Zerega (Docket No. 45) is granted.

IT IS FURTHER ORDERED that the motion to dismiss submitted on behalf of defendant Nicholas Timperio, Jr. (Docket No. 55) is granted.

IT IS FURTHER ORDERED that the complaint is dismissed with respect to defendants Stephanie Yocabet and Richard Worley.

*Donetta W. Ambrose*
Donetta W. Ambrose
United States Chief District Judge