IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT PHILIP CLARK,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 05-491 |
| NANCY VERNON, et al.,<br>    Defendants. | )<br>)<br>) |

### O R D E R

AND NOW, this 17th day of February, 2006, after the plaintiff, Brett Philip Clark, filed an action in the above-captioned case, and after a motion to dismiss was submitted on behalf of defendants Jason Cox and David Basile (Docket No. 62), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 77), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss submitted on behalf of defendants Jason Cox and David Basile (Docket No. 62), treated as a motion for summary judgment pursuant to Rule 56, is granted.

Donetta W. Ambrose
United States Chief District Judge